**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amanda K. Horton, et al., | No. CV-06-2810-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| USAA Casualty Insurance Company, a foreign insurer, et al., | |
| Defendant. | |

Putative class members Adrian Lewis, M.D., P.A., Michaux Family Chiropractic, P.A.. and Chiropractic Trust Corp. d/b/a/ Grasso Chiropractic have filed a motion for leave to object to this Court's order (Dkt. #47) conditionally certifying the settlement class, preliminarily approving settlement and form of notice, directing that notice be sent, and setting a final approval hearing. Dkt. #110. The Court's order, however, has been superseded and replaced by a new order (Dkt. #112). As a result, the motion for leave to object is moot and the Court will deny it without prejudice. Dkt. #110. The putative class members may file a new motion for leave to object based on the Court's new order (Dkt. #112) if they so choose.

**IT IS SO ORDERED:**

1. The joint motion for leave to file objection to notice, class definition, and class settlement (Dkt. #110) is **denied**.

DATED this 16th day of December, 2009.

_____
David G. Campbell
United States District Judge